# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   DIANA L. VOSS                                  Case Number: 05-74472
         104 E. OAK STREET
         LAKE IN THE HILLS, IL  60156       SSN-xxx-xx-0948

                                                  Case filed on:     8/31/2005
                                                  Plan Confirmed on: 10/28/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $26,323.65          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 004 | PIERCE AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | STATMAN HARRIS SIEGEL & EYRICH LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DIANA L. VOSS | 0.00 | 0.00 | 6,966.08 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 6,966.08 | 0.00 |
| 001 | HARRIS TRUST & SAVINGS BANK | 6,530.46 | 3,293.45 | 3,293.45 | 0.00 |
| 002 | WORLD SAVINGS BANK FSB | 10,151.26 | 6,686.53 | 6,686.53 | 0.00 |
|  | Total Secured | 16,681.72 | 9,979.98 | 9,979.98 | 0.00 |
| 003 | LVNV FUNDING LLC | 1,881.59 | 1,881.59 | 1,881.59 | 216.43 |
| 006 | LVNV FUNDING LLC | 3,963.09 | 3,963.09 | 3,963.09 | 455.86 |
|  | Total Unsecured | 5,844.68 | 5,844.68 | 5,844.68 | 672.29 |
|  | Grand Total: | 24,226.40 | 17,524.66 | 24,490.74 | 672.29 |

Total Paid Claimant:      $25,163.03
Trustee Allowance:        $1,160.62           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       100.00          discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan